PAID

FILED

Name: SHADAB ALIPOUR
Address: 235 N KENWOOD ST, APT#F, Glendale, CA 91206
Phone | Fax : 310-4830867
Email Sh.alipour81@gmail.com
In Pro Per

2024 MAR 11 AM 10:20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADAB ALIPOUR<br><br>    Plaintiff,<br><br>vs.<br><br>United States Department of State<br><br>    Defendant | Case No.: 2:24-cv-01931-SB-(PDx)<br><br>COMPLAINT |

**Complaint for Writ of Mandamus**

Dated this day of Month, year.

_____

## COMPLAINT

Plaintiff, Shadab Alipour, appearing pro se, respectfully submits this Complaint for Writ of Mandamus against the Defendant, United States Department of State, and alleges as follows: Plaintiff, Shadab Alipour, appearing pro se, brings this action seeking a Writ of Mandamus to compel the United States Department of State (the "Defendant") to fulfill its statutory duty regarding the timely adjudication of Plaintiff's Form DS-260, Immigrant Visa Electronic Application. Despite Plaintiff's submission of all required documentation and diligent inquiries into the status of the application, the Defendant has failed to process it within a reasonable timeframe. This delay has caused undue hardship to Plaintiff and their family, who eagerly await reunification under the immigration laws of the United States. Therefore, Plaintiff seeks relief from this Honorable Court through the issuance of a Writ of Mandamus. This Court has subject matter

COMPLAINT - 1

jurisdiction over this action pursuant to 28 U.S. Code § 1331, federal question jurisdiction, as the relief sought arises under the laws and regulations governing immigration and visa processing administered by the United States Department of State.

Venue is proper in this District because the Defendant's consular office responsible for visa processing, which is the subject of this action, is located within this District. Additionally, the actions giving rise to the complaint, including the submission of visa documentation and the communication with the Defendant regarding the status of the application, occurred within this District. Therefore, this District is the appropriate venue for adjudicating this matter.

Plaintiff, Shadab Alipour, is a citizen of the United States and a resident of Glendale, California. Defendant, the United States Department of State, is the federal agency responsible for visa processing, including the adjudication of immigrant visa applications filed by U.S. citizens and their immediate family members seeking to immigrate to the United States.

Plaintiff, Shadab Alipour, submitted an Immigrant Visa Electronic Application (Form DS-260) on behalf of their spouse, Amin Alikhani, in accordance with the immigration laws of the United States. The application was filed with the United States Department of State. Despite diligent submission of all required documentation and inquiries into the status of the application, the Defendant has failed to adjudicate the application within a reasonable timeframe. The prolonged delay in processing the visa application has caused significant hardship and emotional distress to Plaintiff and their family, who await reunification in the United States. The Defendant's inaction has left Plaintiff with no alternative but to seek relief from this Honorable Court through the issuance of a Writ of Mandamus, compelling the Defendant to fulfill its duty to timely process the visa application. Plaintiff incorporates the preceding paragraphs by reference.

The United States Department of State, as the Defendant, has a clear and nondiscretionary duty to timely process immigrant visa applications submitted by U.S. citizens and their immediate family members in accordance with the immigration laws and regulations of the United States.

COMPLAINT - 2

Despite the Plaintiff's compliance with all application requirements and diligent efforts to ascertain the status of the application, the Defendant has failed to fulfill its duty by unreasonably delaying the adjudication of the visa application submitted on behalf of Plaintiff's spouse. This failure has resulted in undue hardship, emotional distress, and prolonged separation for Plaintiff and their family, with no resolution or explanation provided by the Defendant.

Plaintiff has no adequate remedy at law to compel the Defendant to fulfill its duty in a timely manner. Therefore, Plaintiff is entitled to relief in the form of a Writ of Mandamus, compelling the Defendant to promptly process the immigrant visa application and fulfill its statutory obligation.

WHEREFORE, Plaintiff respectfully requests that this Court:

Issue a Writ of Mandamus directing the United States Department of State to promptly adjudicate the immigrant visa application submitted on behalf of Plaintiff's spouse, Amin Alikhani, and to fulfill its duty to process the application in accordance with the immigration laws and regulations of the United States. Grant Plaintiff such other and further relief as the Court deems just and proper, including but not limited to reimbursement of any costs and expenses incurred in prosecuting this action, and any other relief deemed appropriate to remedy the harm suffered by Plaintiff and their family due to the Defendant's unreasonable delay in processing the visa application.

Respectfully submitted,

[Your Signature]

[shadab alipour]

[Date]
03/10/2024

COMPLAINT - 3