| | |
|---|---|
| Name: Shadab Alipour <br> Address: 235 N Kenwood St, <br> APT #F, Glendale, CA 91206 <br> Phone: 3104830867 <br> Fax: _____ <br> In Pro Per | FILED - SOUTHERN DIVISION <br> CLERK, U.S. DISTRICT COURT <br> MAR 29 2024 <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY _____ DEPUTY |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shadab Alipour    Plaintiff <br> v. <br> United States Department of State <br> Defendant(s). | CASE NUMBER: <br> 2:24-CV-01931-SB-PD <br> To be supplied by the Clerk of <br> The United States District Court <br> United States Department of State |

1. I, Shadab Alipour, the plaintiff in the aforementioned case, am writing to provide an update on the status of service upon the Defendant, the United States Department of State.

2. Service Attempt Details: Following the initiation of this lawsuit on March 11, 2024, I immediately embarked on efforts to serve the Defendant, the United States Department of State. These efforts included:

- Contacting the designated agent for service, as provided by the United States Department of State's official website.
- Dispatching a Certified mail package containing the

summons and complaint to the designated agent's address.

Response from Defendant: As of the date of this report, I have not received any response or acknowledgement of receipt from the Defendant. There has been no indication of any attempt by the Defendant to accept service or communicate regarding the pending litigation.

Thank you for your attention to this matter. Should the court require any further information or clarification, please do not hesitate to contact me directly.

Respectfully submitted,

Shadab Alipour

3104830867

03/29/2024