JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADAB ALIPOUR,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>    Defendant. | Case No. 2:24-cv-01931-SB-PD<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order granting Defendant's motion to dismiss entered this day, Plaintiff Shadab Alipour's claims are dismissed on the merits with prejudice.

    This is a final judgment.

Date: October 7, 2024

                                        Stanley Blumenfeld, Jr.
                                     United States District Judge